UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARNELL C. COLLINS,<br><br>        Plaintiff,<br><br>    vs.<br><br>McCABE, et al.,<br><br>        Defendants. | **1:19-cv-00458-AWI-GSA-PC**<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS TO EXTEND TIME TO RESPOND TO DISCOVERY**<br><br>**(ECF Nos. 26, 27.)**<br><br>**DEADLINE FOR PLAINTIFF TO SERVE RESPONSES TO DEFENDANTS' DISCOVERY REQUESTS:  <u>JULY 30, 2021</u>** |

Plaintiff is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2021 and May 25, 2021, Plaintiff filed motions to extend time to respond to Defendants' interrogatories, request for admission, and request for production of documents received by Plaintiff on March 25, 2021. (ECF Nos. 26, 27.) Plaintiff explains that he lacks adequate access to the law library where he relies on the use of ADA equipment to type and print legal material. Good cause appearing, Plaintiff shall be granted until July 30, 2021 in which to serve Defendants with responses to their discovery requests. If Plaintiff requires a further extension of time, he is advised to file a motion before the expiration of the existing deadline.

1

Plaintiff also requests modification of the court's scheduling order to extend the discovery deadline to August 30, 2021 and the dispositive motions deadline to September 30, 2021. This request shall be addressed by separate order.

Based on the foregoing, good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for extension of time to respond to Defendants' discovery requests is GRANTED; and
2. Plaintiff is granted <u>until July 30, 2021</u> in which to serve responses to Defendants' interrogatories, request for admission, and request for production of documents received by Plaintiff on March 25, 2021.

IT IS SO ORDERED.

Dated: **June 3, 2021**           /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE