**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARNELL C. COLLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONALL McCABE, et al.,<br><br>　　　　Defendants. | 1:19-cv-00458-AWI-GSA-PC<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ENTERED ON MARCH 8, 2022**<br><br>**(ECF No. 37.)** |

　　　　Larnell C. Collins ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 19, 2021, the Court issued an order granting Plaintiff a 90-day extension of time to file his opposition to Defendants' motion for summary judgment. (ECF No. 32.) On January 24, 2022, Plaintiff filed a motion for an additional 30-day extension of time to file his opposition, which was granted by the court. (ECF Nos. 35, 36.) However, the 30-day time period expired and Plaintiff did not file his opposition or otherwise respond to the court's order.

　　　　On March 8, 2022, the Court entered findings and recommendations, recommending that this case be dismissed for Plaintiff's failure to comply with the court's order. (ECF No. 37.) On March 25, 2022, Plaintiff filed objections to the findings and recommendations. (ECF No. 41.)

In the objections, Plaintiff explains that on February 25, 2022, he gave his mail to the housing unit officer in two envelopes.  One envelope, addressed to the Court, contained Plaintiff's opposition to Defendants' motion for summary judgment.  Plaintiff asserts that he followed all of the rules to ensure that his opposition was timely mailed to the Court, and he contends that it is not his fault if his mail did not reach the Court.

It appears that Plaintiff has made a good faith effort to comply with the court's October 19, 2021 order.  Moreover, on March 17, 2022, Plaintiff filed his opposition to Defendants' motion for summary judgment.  (ECF Nos. 38-40.)  Therefore, the Court shall withdraw the March 8, 2022 findings and recommendations.

Accordingly, based on the foregoing, **IT IS HEREBY ORDERED** that the findings and recommendations entered on March 8, 2022, are **WITHDRAWN**.

IT IS SO ORDERED.

Dated:   **March 26, 2022**                              **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE