UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARNELL C. COLLINS,<br><br>   Plaintiff,<br><br> vs.<br><br>CONALL McCABE, et al.,<br><br>   Defendants. | 1:19-cv-00458-AWI-GSA-PC<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR INSTRUCTIONS**<br>**(ECF No. 47.)** |

  Larnell C. Collins ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 9, 2019. (ECF No. 1.) This case now proceeds with Plaintiff's Eighth Amendment medical claims against defendants McCabe and Beregouskaya ("Defendants").

  On August 30, 2021, Defendants filed a motion for summary judgment. (ECF No. 29.) On March 17, 2022, Plaintiff filed an opposition to the motion. (ECF Nos. 38-40.) On May 31, 2022, Defendants filed a reply to the opposition. (ECF No. 46.)

  On June 16, 2022, Plaintiff filed a request for instructions. (ECF No. 47.) Plaintiff explains that he received Defendants' reply to his opposition and inquires whether he is authorized to file an opposition to Defendants' reply.

1

Local Rule 230(*l*) governs motions in prisoner actions, as follows: "All motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar. Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions. The moving party may, not more than fourteen (14) days after the opposition has been filed in CM/ECF, serve and file a reply to the opposition. All such motions will be deemed submitted when the time to reply has expired." L.R. 230(*l*).

Based on the foregoing, **IT IS HEREBY ORDERED** that this order resolves Plaintiff's motion for instructions, filed on June 16, 2022.

IT IS SO ORDERED.

Dated:   **June 21, 2022**               **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE