# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARNELL C. COLLINS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONALL McCABE, et al.,<br><br>　　　　　　　Defendants. | 1:19-cv-00458-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(ECF No. 49.)**<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br>**(ECF No. 29.)**<br><br>**ORDER FOR CLERK ENTER JUDGMENT IN FAVOR OF DEFENDANTS AND CLOSE CASE** |

　　　　Larnell C. Collins ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 25, 2022, findings and recommendations were entered, recommending that Defendants' motion for summary judgment filed on August 30, 2021 be granted. (ECF No. 49.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The fourteen-day time period for filing objections has expired, and Plaintiff has not filed objections or any other response to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 25, 2022 (Doc. No. 49), are ADOPTED IN FULL; and
2. Defendants' motion for summary judgment, filed on August 30, 2021 (Doc. No. 29), is GRANTED;
3. The Clerk is directed to enter judgment in favor of Defendants and CLOSE this case.

IT IS SO ORDERED.

Dated:   September 8, 2022                              _____
                                                          SENIOR DISTRICT JUDGE